**Order entered January 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00867-CV

### IN THE INTEREST OF J.A., C.D.A., AND T.A., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-09-785**

## ORDER

Before the Court is appellant's motion to extend time to file his amended brief. We

**GRANT** the motion and **ORDER** the brief tendered to the Clerk of the Court January 3, 2020

filed as of the date of this order.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE